FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JAN - 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR99-750 TJH |
|---|---|
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Tucker, Brae Johnson | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD  CA___, for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___lack of employment; ongoing substance abuse problem; conduct in not complying w/ supervision conditions; backgrd___

1 _Info unknown; bail resources unknown_

2

3 and/or

4 B. ☒ The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7 finding is based on _violent nature of underlying offense;_
8 _substance abuse history_

13 IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED: _1/5/10_

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE